FILED

2014 Jun-12  AM 09:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**UNITED STATE OF AMERICA,**          )

**v.**                                )          **2:14-cr-96-JHH-JHE**

**GEORGE ALBERT WARE**                )

### ORDER

The court has before it the May 28, 2014 Report and Recommendation (Doc. # 14), recommending that the court deny the Motion (Doc. # 11) of Defendant Ware to suppress and evidence derived from any search and seizure.  After careful consideration of the Motion (Doc. #11) ,the Report and Recommendation[1] (Doc. #14), and the applicable case law the court has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. Accordingly, the court **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of this court.   The Motion (Doc. #11) to Suppress is **DENIED**.

**DONE** this the ___12th___ day of June, 2014.

_____
SENIOR UNITED STATES DISTRICT JUDGE

_____

[1] The court notes that no objections were filed to the Report and Recommendation.